IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 326 ASSOCIATES, L.P., a Delaware limited partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. |
| RETURNSIDE, LLC, a Delaware limited liability company, ) ) ) ) | |
| Defendant. ) | |

# COMPLAINT

## PARTIES

1. Plaintiff 326 Associates, L.P. ("326 Associates") is a limited partnership company duly organized and existing under the laws of the State of Delaware.

2. Defendant ReturnSide, LLC ("ReturnSide") is a limited liability company duly organized and existing under the laws of the State of Delaware.

## SUBJECT MATTER JURISDICTION AND VENUE

3. This action is brought pursuant to the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. §1125(d). As such, subject matter jurisdiction is conferred upon this Court pursuant to 28 U.S.C. §1331.

4. ReturnSide is a Delaware limited liability company subject to service of process in Delaware pursuant to 6 *Del. C.* §18-105. As such, venue is proper in this Court pursuant to 29 U.S.C. §1391.

## FACTUAL BACKGROUND

5. Since 1983, 326 Associates has consistently owned and operated the New Castle Farmers Market located in New Castle, DE. Over the years, the New Castle Farmers Market has

become an institution in Delaware, and the name has generated goodwill throughout the state and beyond.

5. On June 7, 1993, 326 Associates registered the Service Mark "New Castle Farmers Market" with the Delaware Secretary of State. In 2007, 326 Associates renewed that mark.

6. On or about May 17, 2003, ReturnSide registered the domain name www.newcastlefarmersmarket.com. On information and belief, ReturnSide has in the past placed advertising on a site under that domain.

7. In 2007, 326 Associates planned to set up an Internet website, to promote the New Castle Farmers Market and to offer vendors who lease space at the New Castle Farmers Market an opportunity to advertise their wares.

8. Upon learning that ReturnSide had registered the domain name www.newcastlefarmersmarket.com, representatives from 326 Associates contacted Glenn Petrucci, the owner of ReturnSide, to discuss his registration of the domain name. Mr. Petrucci informed 326 Associates that his intention was to market use of a website under that domain name to vendors who sell their wares at the New Castle Farmers Market.

**FIRST CAUSE OF ACTION**
(Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d))

9. 326 Associates re-alleges and incorporates herein the allegations contained in numbered paragraphs 1-8 above.

10. 326 Associates is the developer and owner of the distinctive service mark "New Castle Farmers Market."

11. At the time that ReturnSide registered the domain name www.newcastlefarmersmarket.com, the phrase "New Castle Farmers Market" had become famous.

12. The domain name www.newcastlefarmersmarket.com is identical to the service mark "New Castle Farmers Market."

13. By establishing the domain name, ReturnSide operated in commerce, as it precluded 326 Associates from offering services under that domain name.

14. ReturnSide registered the domain name www.newcastlefarmersmarket.com in bad faith, as it intended to market space on the website to vendors associated with the New Castle Farmers Market, thereby trading on the good will built up in the mark by 326 Associates.

15. ReturnSide and its owner Glenn Petrucci have registered or acquired multiple domain names which are identical or confusingly similar to the distinctive names of other existing businesses.

16. ReturnSide's conduct was and remains wilful.

WHEREFORE, for the foregoing reasons, plaintiff 326 Associates, L.P. requests that judgment be entered in its favor, and against defendant ReturnSide, LLC, and that the Court enter an Order:

1. Requiring ReturnSide, LLC to transfer title to domain name www.newcastlefarmersmarket.com to 326 Associates, L.P.;

2. Awarding statutory damages, pursuant to 15 U.S.C. §1117(d), of no less than $1,000 and no more than $100,000, as the Court deems just;

3. Awarding plaintiff its costs, including reasonable attorney's fees pursuant to 15 U.S.C. §1117(a); and

    4.    Granting such other and further relies as the Court deems just.

Dated: September 4, 2008

    /s/ David L. Finger  
David L. Finger (DE Bar ID #2556)  
Finger & Slanina, LLC  
One Commerce Center  
1201 Orange Street, Suite 725  
Wilmington, DE 19801-1155  
(302) 884-6766  
Attorney for plaintiff 326 Associates, L.P.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
326 Associates, L.P.

**DEFENDANTS**
ReturnSide, LLC

**(b)** County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 Orange Street, Suite 725, Wilmington, DE 19801-1155

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1125(d)
Brief description of cause:
Anti-cybersquatting case

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 09/04/2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ David L. Finger

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____